IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LEONARD WIMBERLY, JR., <br><br> Plaintiff, <br><br> v. <br><br> DEAN BROOME; NURSE GAIL FERRA; and NURSE MARTHA MIDDLETON, <br><br> Defendants. | CIVIL ACTION NO.: 6:15-cv-23 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 24) to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Court **DISMISSES** Defendant Broome's Motion to Dismiss, (doc. 15), as moot and without prejudice. Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (doc. 23) remains pending.

**SO ORDERED**, this 14th day of June, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA