IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LEONARD WIMBERLY JR.,

    Plaintiff,

v.

DEAN BROOM; NURSE GAIL FERRA; and
NURSE MARTHA MIDDLETON,

    Defendants.

CIVIL ACTION NO.: 6:15-cv-23

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 30), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Court **DENIES** Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint. (Doc. 23.)

**SO ORDERED**, this 18th day of July, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA