IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LEONARD WIMBERLY, JR.,<br><br>Plaintiff,<br><br>v.<br><br>DEAN BROOME; GAIL FERRA; and<br>NURSE MARTHA MIDDLETON,<br><br>Defendants. | CIVIL ACTION NO.: 6:15-cv-23 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 53), to which Plaintiff has filed Objections, (doc. 57). Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections.

**SO ORDERED**, this 6th day of March, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA